An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BARBARO GRASS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF CORRECTIONS;<br>AND JAMES COX, DIRECTOR,<br>Respondents. | No. 67649 |

**FILED**

JUN 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court affirming a judgment of the justice court. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]In light of this disposition, appellant's motion to proceed in forma pauperis is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

IS-18772

cc: Hon. James Crockett, District Judge
Barbaro V. Grass
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk